```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:03CR562
                               )
          v.                   )
                               )
KEVIN LUCAS,                   )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 39 and 41), and the stipulation of the parties (Filing No. 44). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 33 to 31. His criminal history category remains at VI. The government and defense agree that his sentence should be reduced to one hundred eighty-eight (188) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) The motions to reduce sentence are granted; the sentence of the defendant is reduced to one hundred eighty-eight (188) months. Defendant shall receive credit for all time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court