AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br>v.<br>KEVIN L. LUCAS | )<br>)<br>)  Case No: 8:03CR562<br>)  USM No: 19041-047<br>) |
| Date of Original Judgment: 06/02/2004<br>Date of Previous Amended Judgment: 08/12/2010<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Michael F. Maloney<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   188   months **is reduced to**   151 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/02/2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/25/2015               /s/ Lyle E. Strom
                                                          *Judge's signature*

Effective Date:   11/01/2015             LYLE E. STROM, Senior Judge
*(if different from order date)*                *Printed name and title*