# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>KEVIN L. LUCAS,<br><br>                 Defendant. | **8:03CR562**<br><br>**ORDER** |

      Defendant Kevin L. Lucas appeared before the court on July 20, 2018 on an Amended Petition for Warrant or Summons for Offender Under Supervision [90]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance. On July 31, 2018, defendant appeared for his scheduled preliminary hearing. Through his counsel, Assistant Federal Public Defender Michael J. Hansen, the defendant waived his right to a probable cause hearing on the Amended Petition [90] pursuant to Fed. R. Crim. P. 32.1(b)(1).

      I find that the Amended Petition [90] alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Robert F. Rossiter, Jr.

      **IT IS ORDERED:**

      The government's motion to dismiss the Petition for Warrant or Summons for Offender Under Supervision [74] is granted.

      **IT IS FURTHER ORDERED:**

      1.    A final dispositional hearing will be held before Judge Robert F. Rossiter, Jr. in Courtroom No. 4, 3rd Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on Thursday, October 25, 2018 at 9:00 a.m. Defendant must be present in person.

      2    The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

      3.    The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District

of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 31st day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge