IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:03CR562 |
| vs. | **ORDER** |
| KEVIN L. LUCAS, | |
| Defendant. | |

Defendant Kevin L. Lucas appeared before the court on August 7, 2018 for a detention hearing regarding an Amended Petition for Offender Under Supervision [90]. The government's oral motion for detention had been held in abeyance pending the defendant coming into federal custody. The court has been notified that the defendant has come into federal custody.

The defendant was represented by Assistant Federal Public Defender Michael J. Hansen and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision and additional conditions.

**IT IS ORDERED:**

1. The defendant is to be released on current conditions of supervision.
2. The defendant shall have no contact, direct or indirect, with CG, the victim of the Domestic Assault 3rd Degree charge he is currently facing in Douglas County.
3. The defendant shall immediately enroll and participate in outpatient treatment.
4. The defendant shall attend at least three AA or NA meetings per week until he starts outpatient treatment.

Dated this 8th day of August, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge