# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:03CR562 |
| v. | |
| KEVIN L. LUCAS, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 123) the above-captioned case. The government reports the defendant, Kevin L. Lucas, who had been on supervised release, passed away on May 27, 2019.

In light of the foregoing, the government's motion is granted, and this case is dismissed.

Dated this 14th day of August 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge